**ELECTRONIC RECORD**

COA # 01-13-00990-CR     OFFENSE: 49.08 (Intoxicated Manslaughter)

STYLE: Jose Franco Campuzano v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 176th District Court

DATE: 03/26/2015     Publish: NO     TC CASE #: 1315239

## IN THE COURT OF CRIMINAL APPEALS

476-15
477-15

STYLE: Jose Franco Campuzano v. The State of Texas     CCA #:

_APPELLANT'S_ Petition     CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:

REFUSED     JUDGE:

DATE: 08/26/2015     SIGNED: _____ PC: _____

JUDGE: Per Curiam; Hervey, J. Not Participating    PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____